**FILED**

August 15, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

BY: _____ NM
DEPUTY

| | | |
|---|---|---|
| **MARIANO OLMOS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. 5:24-cv-00508-OLG** |
| | § | |
| **MIDLAND MORTGAGE, A DIVISION** | § | |
| **OF MIDFIRST BANK,** | § | |
| | § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL ON STIPULATION**

The Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice as to Plaintiffs' claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is Ordered that all claims herein and the entire cause asserted by Plaintiffs against Defendant is dismissed with prejudice.

It is so ORDERED.

SIGNED this the 15th day of August 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE